JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL L. WATTS, <br><br>           Petitioner, <br><br>     v. <br><br> WARDEN RICOLCOL, <br><br>           Respondent. | NO. CV 25-1242-MCS (AGR) <br><br> JUDGMENT |

    Pursuant to the Order Dismissing Petition for Writ of Habeas Corpus Without Prejudice to Filing a Civil Rights Action,

    IT IS ADJUDGED that Judgment is entered dismissing the Petition for Writ of Habeas Corpus for lack of jurisdiction and this action is dismissed without prejudice.

DATED: June 24, 2025

_____
MARK C. SCARSI
United States District Judge